**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN**

**BUILDING TRADES UNITED PENSION TRUST FUND
and NACARCI FEASTER (in his capacity as Trustee),**

**PLUMBERS LOCAL 75 HEALTH FUND,
PLUMBERS LOCAL 75 INDUSTRY DEVELOPMENT
FUND, PLUMBERS LOCAL 75 APPRENTICESHIP
TRAINING FUND, PLUMBERS LOCAL 75 MARKET
RECOVERY FUND and STEVE BREITLOW
(in his capacity as Trustee),**

                Plaintiffs,

     -vs-                                                     **Case No. 11-C-712**

**DIVA PLUMBING, LLC,**

                Defendant.

## ORDER FOR JUDGMENT

Request and application for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk.

The Court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.     Defendant Diva Plumbing, LLC has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.     Diva Plumbing, LLC violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended,

and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3. As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4. The Court assesses the total damages to the Plaintiffs in the sum of $152,860,84.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Local 75 Industry Development Fund, Plumbers Local 75 Apprenticeship Training Fund, Plumbers Local 75 Recovery Fund, and Steve Breitlow, and against Defendant Diva Plumbing, LLC in the amount of $152,860.84 together with interest at the rate allowed by law.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2011.

**BY THE COURT**:

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**