# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**BUILDING TRADES UNITED PENSION TRUST FUND**
**and NACARCI FEASTER (in his capacity as Trustee),**

**PLUMBERS LOCAL 75 HEALTH FUND,**
**PLUMBERS LOCAL 75 INDUSTRY DEVELOPMENT**
**FUND, PLUMBERS LOCAL 75 APPRENTICESHIP**
**TRAINING FUND, PLUMBERS LOCAL 75 MARKET**
**RECOVERY FUND and STEVE BREITLOW**
**(in his capacity as Trustee),**

                        Plaintiffs,

      -vs-                                                                     Case No. 11-C-712

**DIVA PLUMBING, LLC,**

                        Defendant.

## ENTRY OF JUDGMENT ON THE DECISION BY THE COURT

This action having come on for hearing before the Court, and the issues having been duly heard, and a decision having been duly rendered,

**IT IS ORDERED AND ADJUDGED** that the Plaintiffs, Building Trades United Pension Trust Fund, Nacarci Feaster, Plumbers Local 75 Health Fund, Plumbers Local 75 Industry Development Fund, Plumbers Local 75 Apprenticeship Training Fund, Plumbers Local 75 Market Recovery Fund, and Steve Breitlow, recover from the Defendant Diva Plumbing, LLC the sum of $152,860.84 with interest thereon at the rate that is provided by law.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2011.

**s/ Jon W. Sanfilippo**
**Clerk of Court**

**s/ Linda M. Zik**
**Deputy Clerk**

**Approved this 24th day of October, 2011.**

**s/ Rudolph T. Randa**
**U.S. District Judge**